Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
_____ FILED      _____ RECEIVED
_____ ENTERED    _____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JAN 10 2020

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
~~_____~~ *Las Vegas* District of ~~_____~~ *Nevada*
_____ Division

CAUSE: 28:1331 Federal Question / Bivens Act.

STATE OF NEVADA et All AND
William Renfoy Randolph
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.) AIRPORT / Hotels

Show media A -v- DEA Clothing, Caps, ect
MSNBC - DBA Channel 3 News 3,
~~Las Vegas Pacific Ave County Av ___~~
~~TCPA DEA Southwest Administration~~
Wells Fargo Financial et al
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)  Case No. 2:20-cv-00097-RFB-NJK
)        ~~2:19-cv-00320-APG-PAL~~
)        (to be filled in by the Clerk's Office)
)
)  Jury Trial: (check one) ☐ Yes ☒ No
)
)  Requesting
)  Secret of
)  " SEAL "
)  Requesting
)  To Be Left Off
)  Public View / Placed in Court Vault
)
)

Appeals Due Clause
Amended Complaint.

Request For
Matter of Roxboy
Marrada Pu
Honorable
Review

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KSNV Formally KVBNV/Vas MSNBC News 3 |
| Street Address | 1500 Foremaster Lane |
| City and County | Las Vegas  Clark County |
| State and Zip Code | Nevada  89101 |
| Telephone Number | 702-657-3150 |
| E-mail Address | INVISIBLE |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Due Clause, 28:1331 Federal Question - Bivens Act*
*Secrecy Seal off Public View, Decision in Court Vault*

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Randolph, William , is a citizen of the State of *(name)* Nevada .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* IDI Independant Distrib Inc is incorporated under the laws of the State of *(name)* Nevada ,
      and has its principal place of business in the State of *(name)*
      Nevada, Las Vegas / California

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual Nick Fisher An Individual Metro, Metro, Douglas
      The defendant, *(name)* The LasVegasPackage.Com A Corporation , is a citizen of
      the State of *(name)* Nevada . Or is a citizen of
      *(foreign nation)* Canada .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: TCPA c/o MARKOS WELLS FARGO Settlement Admins (P.O. Box 10301) Settlement Administrator
- Job or Title (if known): Settlement Administrator
- Street Address: P.O. Box 10301 Dublin, OH 43017-
- City and County: OHIO, STATE Dublin,
- State and Zip Code: OHIO
- Telephone Number: 1-866-562-0143
- E-mail Address (if known): info@MarkosWellsFargoTCPA.com

Defendant No. 2
- Name: Show Media LLC
- Job or Title (if known): Media, Clothing Company / Curtco Colabb
- Street Address: 3885 S Decatur Blvd
- City and County: Las Vegas N. Clark County
- State and Zip Code: Nevada 89103
- Telephone Number: 702-778-5313
- E-mail Address (if known):

Defendant No. 3
- Name: Wells Fargo Financial Court Headquarters
- Job or Title (if known): Human Resources
- Street Address: 10655 W Park Run
- City and County: Las Vegas Clark County
- State and Zip Code: 89144 Nevada
- Telephone Number: 702-240-1400
- E-mail Address (if known):

Defendant No. 4
- Name: ADP LLC
- Job or Title (if known): Payroll Services
- Street Address: 6300 Canoga Ave Woodland Hills
- City and County: California
- State and Zip Code: Los Angeles 91367
- Telephone Number: 1-800-225-5237
- E-mail Address (if known):

National Pilot Association / Aviation
G. 5757 Wayne Newton Blvd
Las Vegas, Nevada 89119

C. KSNV Formally Known As News 3
1500 Foremaster Lane
Las Vegas, Clark County
Nevada 89101
702-657-3150
Invisible

D. TCPA Markos Wells Fargo Settlement Administration
P.O. Box 10301
Dublin OH 43017
1-866-562-0143
INFO@MarkosWellsFargoTCPA.com

E. Wells Fargo Finacial ~~Court~~ Corpration
Human Resorces
10655 W Park Run
Las Vegas Clark County
89144 Nevada
702-240-1400

F. ADP, LLC
Payroll Services
6300 Conoga Ave Woodlawn Hills
Los Angeles 91367
1-800-225-5237

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, (name) **Show Media - Cuvtco LLC**, is incorporated under the laws of the State of (name) **Nevada**, and has its principal place of business in the State of (name) **Nevada**.
Or is incorporated under the laws of (foreign nation) **Hong Kong**, and has its principal place of business in (name) **Hong Kong, China**

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy **$300,000,000,000**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

BECAUSE JEHOVAH Almighty AND I, SUBMITED THIS CASE IN BEFORE, WITH FAITH SERVICES AND NOW TAX PAYERS AND OTHERS, LIKE NATIONS HAVE BEEN RIPPED DUE TO CIRCUMSTANCES NOT DESCRIBED ABOVE

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE DEFENDANTS WILLFULLY, CONSPIRED AGAINST MYSELF THE STATE OF NEVADA THE CIVIL MATTER OF NEVADA. AND CONTINUE TO PURSUCUTE NATIONS WORLD WIDE DUE TO THEF FAILURES. PENDING Additional CLAIM AGAINST ALL DEFENDANTS BY JANUARY 24, 2019

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

IN REGARDS TO MY PREVIOUS claim Which WAS DISMISSED DUE TO FAILURE TO STATE CLAIM. THIS APPEAL SERVES AS ITS OWN RELIF UPON JEHOVAH ALMIGHTY'S DETERMINATION. AND JEHOVAH SAYS THE CIVIL MATTER WHOM ISSUED ME SI Relife NEEDS TO HEAR THE CASE FOR $FINANCIAL$

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

DUE DATE FOR FULL Provisions 01/27/2020

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/10/2020

Signature of Plaintiff

Printed Name of Plaintiff: William Randolph

### B. For Attorneys

Date of signing: 1/10/20

Signature of Attorney: Aaron Grigsby Esq DBA or on Behalf

Printed Name of Attorney: 004574

Bar Number: 004574

Name of Law Firm: Eva Mendoza Esq / Douglas Crawford DBA

Street Address: 510 S 7th Street

State and Zip Code: Las Vegas NV 89101

Telephone Number: 702-217-2709

E-mail Address: dawgRandolph666@gmail.com

CM/ECF - nvd - District Version 6.1

CLOSED,P3

12/30/2019

EXBIT #6
Reference 5

**United States District Court**
**District of Nevada (Las Vegas)**
**CIVIL DOCKET FOR CASE #: 2:13-cv-00320-APG-PAL**

Randolph v. Gillespie et al
Assigned to: Judge Andrew P. Gordon
Referred to: Magistrate Judge Peggy A. Leen
Demand: $300,000,000,000
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 02/26/2013
Date Terminated: 07/02/2013
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**William Randolph**

represented by **William Randolph**
6917 Mendo Lane Apt #2
Las Vegas, NV 89156
741-724-2786
PRO SE

REQUESTING
AMENDED COMPLAINT
SIRQUESTERING
Civil Appeals Due Clause

V.

**Defendant**
**Sheriff Gillespie**
TERMINATED: 05/22/2013

**Defendant**
**Jim Dixon**
TERMINATED: 05/22/2013

**Defendant**
**LVMPD**
TERMINATED: 05/22/2013

**Defendant**
**CCDC**
TERMINATED: 05/22/2013

**Defendant**
**NaphCare Inc.**
TERMINATED: 05/22/2013

**Defendant**
**James McLane**
TERMINATED: 05/22/2013

**Defendant**

I AM Currently Attending
Jurors Grands Serving As Al
Juror - My Participant #
-7145. - Pool# 2011904404 po
0022
Paypal.me/Creat112

OFFICE OF THE CLERK
US DISTRICT COURT
DISTRICT OF NEVADA

DEBRA K KEMPI
CLERK OF COURT

333 LAS VEGAS BLVD SOUTH
JURY ASSEMBLY HALL - 1ST FL
LAS VEGAS, NV 89101
702 - 464-5600

December 30, 2019

WILLIAM R RANDOLPH JR
2109 BROOKS ST
N LAS VEGAS, NV 89030

To Whom It May Concern:

The above noted individual attended court as a juror on the following days:

    Wednesday, April 17, 2019

\* Attendance Fee: $50 per day

\* Note:     Jurors who are federal government employees may not be entitled to receive attendance fees but will receive a mileage allowance.

    For laws governing attendance of employees of the United States as jurors in United States District Courts see Title 5 U.S.C. sections 5537 and 6322.

SUMMER RIVERA
Jury Administrator

Participant No: 300967145

Pool No: 201190404
Pool Sequence No: 0022

Reference A
EXHIBIT A

CLOSED

# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:11-cv-01704-JCM-NJK

Randolph v. Naph Care, Inc. et al  
Assigned to: Judge James C. Mahan  
Referred to: Magistrate Judge Nancy J. Koppe  
Demand: $2,456,000  
Cause: 42:1981 Civil Rights  

Date Filed: 10/24/2011  
Date Terminated: 09/12/2013  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**William Randolph**                    represented by **William Randolph**
221 S. Bruce Street
Las Vegas, NV 89101
702-628-0618
Fax: 702-860-2160
PRO SE

V.

**Defendant**

**Naph-Care Inc.**

**Defendant**

**James McLane**
*Director of Naph Care, Inc.*

**Defendant**

**Psyche-Serv. Dept.**

**Defendant**

**Dental Serv. Dept.**

**Defendant**

**Clark County Board Of Commissioners**

**Defendant**

**Lawrence Weekly**
*Clark County Commissioner in his individual and his official capacity*

**Defendant**

**Christina Giunchigliani**
*Clark County Commissioner indivdually and in official capacity*

**Defendant**

**Mary Beth Scow**

*Clark County Commissioner individual and in official capacity*

**Defendant**

**Tom Collins**
*Clark County Commissioner indvidual and in official capacity*

**Defendant**

**Steve Skolak**
*Clark County Commissioner individual and in official capacity*

**Defendant**

**Susan Brager**

**Defendant**

**University Medical Center**

**Defendant**

**Lawrence Brown**

**Defendant**

**EnBanc Panel Medical Board of Examiners**

**Defendant**

**En-Banc Panel of County Commissioners**
*TERMINATED: 01/31/2012*

**Defendant**

**Bryan Brannana**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2011 | | Case assigned to Judge James C. Mahan and Magistrate Judge Robert J. Johnston. (JAG) (Entered: 10/24/2011) |
| 10/24/2011 | 1 | MOTION/APPLICATION for Leave to Proceed in forma pauperis by Plaintiff William Randolph. Motion ripe 10/24/2011. (Attachments: # 1 Complaint, # 2 Civil Cover Sheet) (MMM) (Entered: 10/24/2011) |
| 11/30/2011 | 2 | ORDERED that a Status Hearing is scheduled for 1/5/2012 at 10:00 AM in LV Courtroom 3D before Magistrate Judge Robert J. Johnston. FURTHER ORDERED that only Plaintiff, William Randolph, is required to appear in Court for this hearing. FURTHER ORDERED that the Clerk shall serve a copy of this Order on the plaintiff by certified mail, return receipt requested. Signed by Magistrate Judge Robert J. Johnston on 11/30/11. (Copies have been distributed pursuant to the NEF - MMM) (Entered: 11/30/2011) |
| 11/30/2011 | 3 | Certified Mail Receipt *7009 0820 0001 6417 5077* re 2 Order mailed on 11/30/11 to plaintiff William Randolph. (MMM) (Entered: 11/30/2011) |
| 12/05/2011 | 4 | Mail Returned as Undeliverable re 2 Order addressed to William Randolph. No new |

| | | |
|---|---|---|
| | | address available; Unable to remail. (ASB) (Entered: 12/06/2011) |
| 12/12/2011 | 5 | NOTICE of Change of Address by Plaintiff William Randolph. Plaintiff's address updated to: 1640 E Flamingo Road #100, LV, NV 89119. (MMM) (Entered: 12/12/2011) |
| 01/05/2012 | 6 | MINUTES OF PROCEEDINGS - Hearing re application to proceed in forma pauperis 1 held on 1/5/2012 before Magistrate Judge Robert J. Johnston. Crtrm Administrator: *J. Ries*; Court Reporter/FTR #: *10:03 - 10:14*; Time of Hearing: *10:00 a.m.*; Courtroom: *3D*; The plaintiff, Mr. Randolph is present. The court canvasses and hears representations from the plaintiff. ORDERED that the application to proceed in forma pauperis 1 is GRANTED and the clerk shall file the complaint. FURTHER ORDERED the plaintiff shall file an amended complaint by 1/31/12. **(no image attached)** (Copies have been distributed pursuant to the NEF - JAR) (Entered: 01/09/2012) |
| 01/09/2012 | 7 | COMPLAINT against All Defendants, filed by William Randolph. Certificate of Interested Parties due by 1/19/2012. Proof of service due by 5/8/2012. (SLR) (Entered: 01/09/2012) |
| 01/31/2012 | 8 | AMENDED COMPLAINT against Susan Brager, Bryan Brannana, Lawrence Brown, Clark County Board Of Commissioners, Tom Collins, Dental Serv. Dept., EnBanc Panel Medical Board of Examiners, Christina Giunchigliani, James McLane, Naph-Care Inc., Psyche-Serv. Dept., Mary Beth Scow, Steve Skolak, University Medical Center and, Lawrence Weekly, filed by William Randolph. Adds and removes parties. Proof of service due by 5/30/2012. (SLR) (Entered: 01/31/2012) |
| 01/07/2013 | 9 | MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Robert C. Jones, on 1/7/2013. By Deputy Clerk: Erin Smith. IT IS ORDERED that this case is reassigned to Magistrate Judge Nancy J. Koppe for all further proceedings. Magistrate Judge Robert J. Johnston no longer assigned to case. All further documents must bear the correct case number 2:11-cv-01704-JCM-NJK. **(no image attached)** (Copies have been distributed pursuant to the NEF - EDS) (Entered: 01/07/2013) |
| 07/08/2013 | 10 | EXHIBITS to 8 Amended Complaint, ; filed by Plaintiff William Randolph. (SLR) (Entered: 07/08/2013) |
| 07/08/2013 | 11 | ORDER TO SHOW CAUSE. Show Cause Response due by 8/7/2013. Signed by Magistrate Judge Nancy J. Koppe on 7/8/2013. (Copies have been distributed pursuant to the NEF - SLR) (Entered: 07/09/2013) |
| 08/08/2013 | 12 | REPORT AND RECOMMENDATION that the Complaint be **DISMISSED**. That the Clerk of Court enter judgement accordingly. Objections to R&R due by 8/25/2013 Signed by Magistrate Judge Nancy J. Koppe on 8/8/2013. (Copies have been distributed pursuant to the NEF - SLR) (Entered: 08/08/2013) |
| 09/12/2013 | 13 | ORDER Adopting in its entirety 12 Report and Recommendation. The Complaint is Dismissed and the clerk of court shall enter judgement. Signed by Judge James C. Mahan on 9/12/2013. (Copies have been distributed pursuant to the NEF - SLR) (Entered: 09/12/2013) |
| 09/12/2013 | 14 | CLERK'S JUDGMENT in favor of defendants and against William Randolph. Signed by Clerk of Court, Lance S. Wilson on 9/12/2013. (Copies have been distributed pursuant to the NEF - SLR) (Entered: 09/12/2013) |



# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:13-cv-00320-APG-PAL

Randolph v. Gillespie et al  
Assigned to: Judge Andrew P. Gordon  
Referred to: Magistrate Judge Peggy A. Leen  
Demand: $300,000,000,000  
Cause: 28:1331 Federal Question: Bivens Act  

Date Filed: 02/26/2013  
Date Terminated: 07/02/2013  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question  

**Plaintiff**

**William Randolph**  represented by  **William Randolph**  
6917 Mendo Lane Apt #2  
Las Vegas, NV 89156  
741-724-2786  
PRO SE  

*Requesting Amended Complaint Sequestering Civil Appeals Due Clause*

V.

**Defendant**

**Sheriff Gillespie**  
*TERMINATED: 05/22/2013*

**Defendant**

**Jim Dixon**  
*TERMINATED: 05/22/2013*

*I Am Currently Attending Jurors Grand's Serving As Alternate Juror. My Participant # 300016 — 7145. — Pool # 20119040 Pool Seat # 002*

**Defendant**

**LVMPD**  
*TERMINATED: 05/22/2013*

**Defendant**

**CCDC**  
*TERMINATED: 05/22/2013*

**Defendant**

**NaphCare Inc.**  
*TERMINATED: 05/22/2013*

*Paypal.me Creat 112*

**Defendant**

**James McLane**  
*TERMINATED: 05/22/2013*

**Defendant**

**Attorney General**

**Defendant**

**Chanel 3 News**

**Defendant**, 
Justice Court

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2013 | | Case assigned to Judge Miranda M. Du and Magistrate Judge Peggy A. Leen. (JAG) (Entered: 02/26/2013) |
| 02/26/2013 | 1 | MOTION/APPLICATION for Leave to Proceed in forma pauperis by Plaintiff William Randolph. Motion ripe 2/26/2013. (Attachments: # 1 Complaint, # 2 Civil Cover Sheet) (SLR) (Entered: 02/27/2013) |
| 03/15/2013 | 2 | STANDING ORDER. Signed by Judge Miranda M. Du on 3/15/2013. (Copies have been distributed pursuant to the NEF - PAV) (Entered: 03/15/2013) |
| 05/01/2013 | 3 | MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Robert C. Jones, on 5/1/2013. IT IS ORDERED that this case is reassigned to Judge Andrew P. Gordon for all further proceedings. Judge Miranda M. Du no longer assigned to case. All further documents must bear the correct case number 2:13-cv-320-APG-PAL. **(no image attached)** (Copies have been distributed pursuant to the NEF - EDS) (Entered: 05/01/2013) |
| 05/13/2013 | 4 | ORDER that, within 30 days of entry of this order, plaintiff shall complete and file a CJA 23 Financial Affidavit form. Signed by Magistrate Judge Peggy A. Leen on 5/13/2013. (Copies have been distributed pursuant to the NEF - SLR) (Entered: 05/14/2013) |
| 05/21/2013 | 5 | FINANCIAL AFFIDAVIT by Plaintiff William Randolph. (SLD) (Entered: 05/22/2013) |
| 05/22/2013 | 6 | AMENDED COMPLAINT against Attorney General, Chanel 3 News, Justice Court, and Public Attorneys filed by William Randolph. Adds and removes parties. Proof of service due by 9/19/2013. (SLD) (Entered: 05/22/2013) |
| 05/24/2013 | 7 | ORDER Granting 1 Application for Leave to Proceed in forma pauperis. The Complaint, as amended is Dismissed without prejudice. Amended Complaint due within 30 days. Signed by Judge Andrew P. Gordon on 5/24/2013. (Copies have been distributed pursuant to the NEF; CC: Plaintiff with Required copies and forms - SLR) (Entered: 05/24/2013) |
| 06/27/2013 | 8 | NOTICE of Change of Address by Plaintiff William Randolph. System updated to reflect new address: 6917 Mendo Lane Apt #2, Las Vegas, NV 89156. (SLD) (Entered: 06/27/2013) |
| 06/27/2013 | 9 | NOTICE by William Randolph re jurisdiction and sovereign immunity. (SLD) (Entered: 06/27/2013) |
| 06/27/2013 | 10 | NOTICE by William Randolph re biblical scriptures. (SLD) (Entered: 06/27/2013) |
| 07/02/2013 | 11 | ORDER that this action shall be DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice. Signed by Judge Andrew P. Gordon on 7/2/2013. (Copies have been distributed pursuant to the NEF - SLD) (Entered: 07/02/2013) |
| 07/02/2013 | 12 | CLERK'S JUDGMENT in favor of Defendants and against Plaintiff William Randolph without prejudice. Signed by Clerk of Court, Lance S. Wilson on 7/2/2013. (Copies have been distributed pursuant to the NEF - SLD) (Entered: 07/02/2013) |