AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

William Randolph

                     Plaintiff,

v.

KSNV, et al

                     Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00097-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered dismissing case with prejudice.

February 13, 2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk